UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

UNITED STATES OF AMERICA, : 25-cr-576 (SHS)

-v- :

JOSE HERNANDEZ, : ORDER

Defendant. :

----------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference in this matter on November 5, 2026, at 4:00 p.m. in Courtroom 23A.

Dated: New York, New York
October 29, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.